**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 76.106.123.155**

**ISP:** Comcast Cable
**Physical Location:** Alexandria, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 10/25/2018 15:24:26 | 68F96643E9404B9AA22F1D7582A455DCCAE1A64D | Sticky and Sweet |
| 10/25/2018 15:21:08 | 96330257F498E269F8A16CD0BA047875D56D31CE | Invitation For Three |
| 10/25/2018 15:15:30 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 10/25/2018 15:11:51 | 6328B208498C109D6EFC9A77581474694711F92B | Afternoon Rendezvous |
| 10/25/2018 15:10:05 | 5579D13FB4FE16670C775BB7315F93F0A56F3B2B | Party Of Three |
| 10/25/2018 15:04:55 | C1185F1C2B8B4A03128C0C2159808646C4477926 | A Long Time Cumming |
| 10/25/2018 15:04:41 | 7B12F64D5C9267691D14DDAB2E0836AAC434F356 | Ticket To Bliss |
| 06/01/2018 02:12:10 | 1DC18694AC7C4137ED000A3C9F62EC4518FE642D | Friends With Benefits |
| 05/30/2018 22:17:03 | C53C650C4222A7EFBE1BCC5DC66055029AD2B11B | The Duchess |
| 05/30/2018 21:16:41 | 42E9768B7D94979BD9F128F6859E86F9FD41351D | Little Liza Dawn |
| 05/30/2018 21:15:58 | B002F3E3AA48C55EC5681ADDBB77C07A374F2FAB | Stripshow Sex |
| 05/30/2018 21:12:49 | E5C78C734F02C09CF522386C609A75189513EAD4 | Blowjob or Blowfish |
| 05/30/2018 21:12:11 | 99168B20226BDD6884C961109D642BFFDF06ACB9 | Honeymoon Sex |
| 05/30/2018 21:03:08 | A115A6AF8875CC617928830D563DCFDFAB27A232 | Double Agents |
| 05/30/2018 21:01:14 | F0495A5B060C575AF6D0BA48CB46EB66F2CDB28F | Tight Wet Explosion |
| 05/30/2018 20:58:18 | 57E5622945AF220469CE654C6218E48352F065BA | Slippery When Wet |
| 05/30/2018 20:57:30 | 04905C6141CEF19D5D96BD6E86D055ACDD6FC372 | Sex With A Mermaid |
| 05/30/2018 20:53:49 | E29D753F860FE87DDE8DBB0E09FAEDF14208095D | Deeper and Deeper |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

EVA441