## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

MALIBU MEDIA, LLC,

                Plaintiff,

v.

JOHN DOE subscriber assigned IP address
76.106.123.155,

                Defendant.

**CASE NO. 1:18-cv-01553-CMH-JFA**

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 76.106.123.155.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 16, 2019

By:  *John C. Decker, II, Esq.*
John C. Decker, II, Esquire (30135)
Law Offices of John C. Decker, II
5207 Dalby Lane
Burke, Virginia 22015
(703) 503-0254 (ph.)
(703) 503-2295 (fax)
E-mail: the.decks@verizon.net

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *John C. Decker, II, Esq.*