AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>US District Eastern District of Virginia<br>401 Courthouse Square, Alexandria, VA. 22314 |
|---|---|---|
| DOCKET NO.<br>1:18-cv-1553 | DATE FILED<br>12/16/2018 | |
| PLAINTIFF<br>MALIBU MEDIA, LLC | | DEFENDANT<br>JOHN DOE subscriber assigned IP address 76.106.123.155 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | See attached | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK<br>Fernando Galindo | (BY) DEPUTY CLERK<br>Dana Van Metre | DATE<br>4/17/2019 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**Copyrights-In-Suit for IP Address 76.106.123.155**

**ISP:** Comcast Cable
**Location:** Alexandria, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sticky and Sweet | PA0002116041 | 04/12/2018 | 05/01/2018 | 10/25/2018 |
| Invitation For Three | PA0002120294 | 05/18/2018 | 06/05/2018 | 10/25/2018 |
| A Walk To Remember | PA0002120291 | 05/11/2018 | 06/05/2018 | 10/25/2018 |
| Afternoon Rendezvous | PA0002120296 | 05/21/2018 | 06/05/2018 | 10/25/2018 |
| Party Of Three | PA0002116032 | 04/14/2018 | 05/01/2018 | 10/25/2018 |
| A Long Time Cumming | PA0002120155 | 05/24/2018 | 06/05/2018 | 10/25/2018 |
| Ticket To Bliss | PA0002116150 | 05/04/2018 | 05/04/2018 | 10/25/2018 |
| Friends With Benefits | PA0002110005 | 03/21/2018 | 03/28/2018 | 06/01/2018 |
| The Duchess | PA0002109633 | 03/06/2018 | 03/28/2018 | 05/30/2018 |
| Little Liza Dawn | PA0002116055 | 03/27/2018 | 05/01/2018 | 05/30/2018 |
| Stripshow Sex | PA0002109644 | 03/23/2018 | 03/28/2018 | 05/30/2018 |
| Blowjob or Blowfish | PA0002109643 | 03/13/2018 | 03/28/2018 | 05/30/2018 |
| Honeymoon Sex | PA0002109640 | 03/09/2018 | 03/28/2018 | 05/30/2018 |
| Double Agents | PA0002105555 | 02/24/2018 | 03/05/2018 | 05/30/2018 |
| Tight Wet Explosion | PA0002108125 | 02/21/2018 | 03/05/2018 | 05/30/2018 |
| Slippery When Wet | PA0002105541 | 02/14/2018 | 03/05/2018 | 05/30/2018 |
| Sex With A Mermaid | PA0002104207 | 02/09/2018 | 02/13/2018 | 05/30/2018 |
| Deeper and Deeper | PA0002104189 | 02/03/2018 | 02/13/2018 | 05/30/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  18**

EXHIBIT B

EVA441

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.106.123.155,<br><br>Defendant. | CASE NO. 1:18-cv-01553-CMH-JFA |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE**, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 76.106.123.155. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 16, 2019

So Ordered
Claude M. Hilton
USDJ
Apr. 17, 2019

By: *John C. Decker, II, Esq.*
John C. Decker, II, Esquire (30135)
Law Offices of John C. Decker, II
5207 Dalby Lane
Burke, Virginia 22015
(703) 503-0254 (ph.)
(703) 503-2295 (fax)
E-mail: the.decks@verizon.net

1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 16, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: <u>*John C. Decker, II, Esq.*</u>